BLASSETT, Appellant, v. NEW YORK & N. R. CO., Respondent.

(Common Pleas of New York City and County, General Term. November 6, 1893.)

Appeal from special term.
Action by Mary C. Blassett against the New York & Northern Railroad Company.
A. Day, for appellant.
S. Evarts, for respondent.
No opinion. Order affirmed, with costs.

DRY DOCK, E. B. & B. R. CO., Respondent, v. NORTH & EAST RIVER R. CO., Appellant.

(Common Pleas of New York City and County, General Term. November 6, 1893.)

Action by the Dry Dock, East Broadway & Battery Railroad Company against the North & East River Railroad Company.
Kellogg, Rose & Smith, for appellant.
J. & T. H. Tory, for respondent.
No opinion. Motion to strike cause from calendar and for judgment granted, with costs.

EHRICH et al., Respondents, v. BUCKI, Appellant.

(Common Pleas of New York City and County, General Term. November 6, 1893.)

Appeal from seventh district court.
Action by Samuel W. Ehrich and another against Charles L. Bucki.
John T. Walker, for appellant.
J. Lehman, for respondents.
No opinion. Judgment affirmed, with costs.

GOLDSTEIN, Respondent, v. SILBERSTEIN, Appellant.

(Common Pleas of New York City and County, General Term. November 6, 1893.)

Appeal from city court, general term.
Action by Joseph Goldstein against Jacob Silberstein.
Blumenstiel & Hirsch, for appellant.
H. Joseph, for respondent.
No opinion. Judgment affirmed, with costs. See 23 N. Y. Supp. 350.

RANDALL, Appellant, v. BAIRD, Respondent.

(Common Pleas of New York City and County, General Term. November 6, 1893.)

Appeal from special term.
Action by William R. Randall against Matthew Baird.
G. C. Comstock, for appellant.
Harriman & Fessenden, for respondent.
No opinion. Appeal dismissed, with $10 costs.